The Mastan Co., Inc., Respondent, v. Joseph S. Abrams, Substituted as Defendant in This Action in Place and Stead of the Original Defendant General

OUTDOOR ADVERTISING Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.